NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLIED MACHINE & ENGINEERING CORPORATION,**
*Plaintiff-Appellee*

**v.**

**COMPETITIVE CARBIDE, INC.,**
*Defendant-Appellant*

---

2018-1744

---

Appeal from the United States District Court for the Northern District of Ohio in No. 1:11-cv-02712-CAB, Judge Christopher A. Boyko.

---

## JUDGMENT

---

NATHANIEL B. WEBB, Hahn Loeser & Parks LLP, Cleveland, OH, argued for plaintiff-appellee. Also represented by CHRISTOPHER RYAN BUTLER, SCOTT OLDHAM.

ROBERT W. MCINTYRE, Wegman, Hessler & Vanderburg, Cleveland, OH, argued for defendant-appellant.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 10, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court